700 A.2d 1235

IN THE MATTER OF DONALD JACKSON, ATTORNEY AT LAW.

October 20, 1997.

## ORDER

The Disciplinary Review Board on January 7, 1997, having filed with the Court its decision concluding that **DONALD JACKSON** of **TEANECK**, who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.4 (failure to communicate); *RPC* 1.7 (conflict of interest); *RPC* 1.15(a) and *Rule* 1:21–6(b)(2) (failure to maintain proper books and records and to follow required procedures); and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **DONALD JACKSON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.